# FRANK C. PRICE



713•880•0038

333 T.C. JESTER BLVD
HOUSTON, TEXAS
77007

713•880•3530
FAX

August 30, 2011

Honorable John R. Froeschner
704 U.S. Post Office Building
601 Rosenberg Street
Galveston, Texas 77550

RE: C.A. No. 3:09-cv-00223; Donald and Nelda Falknor v. Texas Windstorm Insurance Assn. and Texas Farmers Insurance Co.; In the United States District Court for the Southern District of Texas, Galveston Division

Dear Judge Froeschner:

Pursuant to the parties' agreement, I served as Mediator in the above-referenced cause of action. The parties appeared on Wednesday, August 10, 2011. I am pleased to report that an agreement was reached and the case has been settled.

It has been an honor and a pleasure to be of service to the court.

Sincerely yours,

Frank C. Price