Falknor v. Texas Farmers; 9-cv-223
Joe Aguda
to:
Sheila_R_Anderson
05/16/2012 04:30 PM
Cc:
Helene Gregorich, Jordan Roberts, "Pair, Lisa M.", "D'Arche, Douglas", "Benavides, Michelle",
"Jones, Bradley K."
Hide Details
From: Joe Aguda <jaguda@nielsenlawfirm.com> Sort List...

To: Sheila_R_Anderson@txs.uscourts.gov

Cc: Helene Gregorich <hgregorich@nielsenlawfirm.com>, Jordan Roberts
<jordan@shraderlaw.com>, "Pair, Lisa M." <lpair@bakerlaw.com>, "D'Arche, Douglas"
<DDArche@bakerlaw.com>, "Benavides, Michelle" <mbenavides@bakerlaw.com>, "Jones,
Bradley K." <bkjones@bakerlaw.com>

History: This message has been replied to.

Good afternoon, Shelia.

Reviewing the file on this matter, it appears that the parties have not yet notified the Court that a settlement has been reached. We expect to conclude the exchange of settlement documentation within a week.  The parties will thereafter file a stipulation of dismissal with prejudice.

Please let me know if the Court has any questions or concerns.

Thanks
Joe


Joseph J. Aguda, Jr.
Nielsen Law Firm, L.L.C.
3838 N. Causeway Blvd., Ste. 2850
Metairie, LA 70002
504/837-2500

Attention: The information contained in this E-mail message is attorney privileged and confidential information intended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.