UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DONALD and NELDA FALKNOR § | |
| § | |
| V. § | CIVIL ACTION NO. G-09-223 |
| § | |
| TEXAS FARMERS INSURANCE § | |
| COMPANY § | |

### ORDER OF DISMISSAL

The Court, having been advised by counsel for Defendant, Texas Farmers Insurance Company, through an e-mail notification that an amicable settlement has been reached with Plaintiffs, Donald and Nelda Falknor, in this action, **ORDERS** that this cause be, and it is hereby, **DISMISSED** on the merits without prejudice to the right of either Party to move for reinstatement within **thirty (30)** days upon presentation of adequate proof that the settlement could not be perfected.

**DONE** at Galveston, Texas, this _____17th_____ day of May, 2012.

John R. Froeschner
United States Magistrate Judge